# EXHIBIT A

# United States of America
## United States Patent and Trademark Office

# HELLO NEIGHBOR

**Reg. No. 5,638,575**

**Registered Dec. 25, 2018**

**Int. Cl.: 9, 21, 25, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

TinyBuild LLC (WASHINGTON LIMITED LIABILITY COMPANY)
227 Bellevue Way Ne, Suite 317
Bellevue, WASHINGTON 98004

CLASS 9: Electronic game software; Downloadable electronic game software for use on mobile and wireless communication devices; Computer game software; Computer game software downloadable from a global computer network

FIRST USE 12-8-2017; IN COMMERCE 12-8-2017

CLASS 21: Coffee mugs; Beer mugs

FIRST USE 2-1-2018; IN COMMERCE 2-1-2018

CLASS 25: Clothing, namely, t-shirts, sweaters, hooded sweatshirts, jackets, headwear, beanies, hats

FIRST USE 12-7-2017; IN COMMERCE 12-7-2017

CLASS 28: Plush toys; collectable toy figures; Handheld game consoles; Video game consoles

FIRST USE 12-31-2017; IN COMMERCE 12-31-2017

CLASS 41: Entertainment services, namely, an ongoing multimedia program featuring comedy, action, adventure, mystery, distributed via various platforms across multiple forms of transmission media; Entertainment services, namely, the provision of continuing programs, segments, movies, shows featuring comedy, action, adventure, mystery, delivered via various platforms across multiple forms of transmission media

FIRST USE 8-28-2018; IN COMMERCE 8-28-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-334,965, FILED 02-14-2017



Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# TINYBUILD

**Reg. No. 5,128,898**  
**Registered Jan. 24, 2017**  
**Int. Cl.: 9**  
**Trademark**  
**Principal Register**

TinyBuild LLC (WASHINGTON LIMITED LIABILITY COMPANY)  
3831 152nd Place SE  
Mill Creek, WA 98012

CLASS 9: Electronic game software; Downloadable electronic game software for use on mobile and wireless communication devices; Computer game software; Computer game software downloadable from a global computer network

FIRST USE 2-00-2013; IN COMMERCE 2-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-079,205, FILED 06-21-2016  
ALICE MEDINA BENMAMAN, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office