# EXHIBIT B

tinyBuild, LLC

v.

The Partnerships and Unincorporated Associations Identified on Schedule A

**Exhibit 2**  **Copyright Registrations**

### *Hello Neighbor.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008824474 / 2019-11-15 |
| **Application Title:** | Hello Neighbor. |
| **Title:** | Hello Neighbor. |
| **Description:** | Book. |
| **Copyright Claimant:** | tinyBuild, LLC. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| | DYNAMIC PIXELS. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2019-09-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | tinyBuild, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: artwork. |
| | DYNAMIC PIXELS, employer for hire; Domicile: United States; Citizenship: United States. Authorship: artwork. |
| **Names:** | tinyBuild, LLC |
| | DYNAMIC PIXELS |

tinyBuild, LLC
v.
The Partnerships and Unincorporated
Associations Identified on Schedule A

**Exhibit 2**             **Copyright Registrations**

### *Hello Neighbor.*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008568522 / 2018-03-08 |
| **Application Title:** | Hello Neighbor Video Game. |
| **Title:** | Hello Neighbor. |
| **Description:** | DVD-ROM. |
| **Notes:** | For Xbox One. |
| | Computer printout (50 p.) also deposited. |
| **Copyright Claimant:** | tinyBuild LLC, Transfer: By written agreement. Address: 3831 152nd PL SE, Mill Creek, WA, 98012, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-10-26 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | DynamicPixels Limited; Domicile: Russia; Citizenship: Russia. Authorship: computer program, audiovisual material. |
| **Pre-existing Material:** | licensed Unreal Engine 4 computer program, including third party source code. |
| **Basis of Claim:** | computer program, audiovisual material. |
| **Names:** | DynamicPixels Limited |
| | tinyBuild LLC |

tinyBuild, LLC

v.

The Partnerships and Unincorporated Associations Identified on Schedule A

**Exhibit 2**                                                                   **Copyright Registrations**

*Hello Neighbor: Buried Secrets.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008800389 / 2019-09-10 |
| **Application Title:** | Hello Neighbor: Buried Secrets. |
| **Title:** | Hello Neighbor: Buried Secrets. |
| **Description:** | Book, 222 p. |
| **Copyright Claimant:** | tinyBuild, LLC. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| | DYNAMIC PIXELS. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2019-08-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | tinyBuild, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| | DYNAMIC PIXELS, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Names:** | tinyBuild, LLC |
| | DYNAMIC PIXELS |

tinyBuild, LLC
v.
The Partnerships and Unincorporated Associations Identified on Schedule A

**Exhibit 2**                                                                                              **Copyright Registrations**

### *Hello Neighbor: Missing Pieces.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008660199 / 2018-09-26 |
| **Application Title:** | Hello Neighbor: Missing Pieces. |
| **Title:** | Hello Neighbor: Missing Pieces. |
| **Description:** | Book, 207 p. |
| **Copyright Claimant:** | tinyBuild, LLC. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| | DYNAMIC PIXELS. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-09-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | tinyBuild, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| | DYNAMIC PIXELS, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Names:** | tinyBuild, LLC |
| | DYNAMIC PIXELS |

tinyBuild, LLC
v.
The Partnerships and Unincorporated Associations Identified on Schedule A

**Exhibit 2**　　　　　　　　　　　　　　　　　　　　　　　　　　**Copyright Registrations**

### *Hello Neighbor: The Neighbor's Notebook.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008783212 / 2019-07-30 |
| **Application Title:** | Hello Neighbor: The Neighbor's Notebook. |
| **Title:** | Hello Neighbor: The Neighbor's Notebook. |
| **Description:** | Book, 160 p. |
| **Copyright Claimant:** | tinyBuild, LLC. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| | DYNAMIC PIXELS. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2019-07-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | tinyBuild, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| | DYNAMIC PIXELS, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Names:** | tinyBuild, LLC |
| | DYNAMIC PIXELS |

tinyBuild, LLC
v.
The Partnerships and Unincorporated Associations Identified on Schedule A

**Exhibit 2**     **Copyright Registrations**

### *Hello Neighbor: Waking Nightmare.*

| | |
|---:|:---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0008745912 / 2019-03-12 |
| **Application Title:** | Hello Neighbor: Waking Nightmare. |
| **Title:** | Hello Neighbor: Waking Nightmare. |
| **Description:** | Book, 201 p. |
| **Copyright Claimant:** | tinyBuild, LLC. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| | DYNAMIC PIXELS. Address: c/o Scholastic Inc., 557 Broadway, New York, NY, 10012, United States. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2019-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | tinyBuild, LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| | DYNAMIC PIXELS, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, artwork. |
| **Names:** | tinyBuild, LLC |
| | DYNAMIC PIXELS |